UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RITA JASSO<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 5:25-CV-145 |
| SAM'S WEST, INC.<br>*Defendant* | §<br>§<br>§ | JURY DEMANDED |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, Sam's West, Inc. files this Notice of Removal pursuant to 28 U.S.C. ' 1441, as follows:

### Commencement and Service

1. On January 3, 2025, Plaintiff, Rita Jasso, commenced this action against Sam's West, Inc. by filing Plaintiff's Original Petition in the 285th Judicial District Court of Bexar County, Texas, Cause No. 2025CI00137; *Rita Jasso v. Sam's West, Inc. d/b/a Sam's Club.* A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A**. Sam's West, Inc. received service of process and Plaintiff's Original Petition on January 14, 2025. A copy of the Return of Service is attached hereto as **Exhibit B**. Sam's West, Inc. filed its Verified Original Answer to Plaintiff's Original Petition on January 31, 2025, attached hereto as **Exhibit C** and its Demand for Jury Trial attached hereto as **Exhibit D**.

2. This notice of removal is filed within thirty days (30) of the receipt of the Plaintiff's Original Petition which discloses that this matter involves an amount in controversy that or which exceeds $75,000.00 and is timely filed under 28 U.S.C. § 1446(b). This notice of removal is filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(b).

## Grounds for Removal

3. Sam's West, Inc. is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship. **See Exhibit A, Plaintiff's Original Petition at 7.03, wherein Plaintiff states that she seeks monetary relief over $1,000,000.00.**

## Diversity of Citizenship

4. This is an action between parties with diversity of citizenship.

5. Plaintiff is a citizen of Texas.

6. Defendant Sam's West, Inc., is an Arkansas corporation. The principle place of business of Sam's West, Inc. is Bentonville, Arkansas. Sam's West, Inc. is a citizen of Arkansas.

7. No change of citizenship has occurred since commencement of the state court action. Therefore, diversity of citizenship exists among the parties.

## Amount in Controversy

8. The amount in controversy exceeds the sum of $75,000.00. **See Exhibit A, Plaintiff's Original Petition paragraph 7.03.**

## Venue

9. Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Plaintiff filed the state court action in this judicial district and division.

## Notice

10. Contemporaneous with the filing of this notice of removal, Defendant will give notice of this filing to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with

the clerk of the state court and will serve upon Plaintiff's counsel and all other parties' counsel of record, a notice of the filing of this notice of removal.

### Jury Demand

11. Plaintiff demanded a jury trial in the state court action.

### State Court Pleadings

12. Copies of state court pleadings which are referenced within the Notice are attached to this Notice of Removal as **Exhibits A and D.** This case is being removed from the 285th Judicial District Court of Bexar County, Texas.

### Exhibits to Notice of Removal

15. The following documents are attached to this Notice as correspondingly lettered exhibits:

    A. Plaintiff's Original Petition.
    B. Return of Service.
    C. Defendant's Verified Answer to Plaintiff's Original Petition.
    D. Defendant's Demand for Jury Trial.
    E. Register of Actions.
    F. List of Counsel of Record.

WHEREFORE, Defendant, Sam's West, Inc. pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 285th Judicial District Court of Bexar County, Texas.

        Respectfully submitted,

        DAW & RAY
        A LIMITED LIABILITY PARTNERSHIP

        */s/ James K. Floyd*
        James K. Floyd; SBN:24047628
        Email: jfloyd@dawray.com
        John Lopez; SBN: 24124934
        Email: jlopez@dawray.com
        14100 San Pedro Ave., Suite 302
        San Antonio, TX 78232
        (210) 224-3121 Telephone
        (210) 224-3188 Facsimile

        **ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the FRCP on this the 12th day of February, 2025.

Ben Kitograd
DJC Law, PLLC
1012 W. Anderson Lane
Austin, Texas 78757

**ATTORNEY FOR PLAINTIFF**

        */s/ James K. Floyd*
        James K. Floyd