UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RITA JASSO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: 5:25-CV-145-OLG |
| | § | |
| SAM'S WEST, INC. | § | JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA

NOW COME Plaintiff, **RITA JASSO** and Defendant, **SAM'S WEST, INC.** and file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff filed her Original Petition on January 3, 2025, in the 285th Judicial District Court, Bexar County, Texas. Defendant filed its Original Answer to Plaintiff's Original Petition on January 31, 2025, and removed the case to federal court on February 12, 2025. (Doc #1).

2. Plaintiff moves to dismiss the suit.

3. Defendant, SAM'S WEST, INC., who has answered, agrees to the dismissal.

4. This case is not a class action lawsuit.

5. The parties move that the lawsuit against Defendant SAM'S WEST, INC., be dismissed with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

2 | P a g e

Respectfully submitted,

DJC LAW, PLLC

/s/ *Benjamin T. Kitograd*  (WITH PERMISSION)
Benjamin T. Kitograd; SBN: 24128990
Email:  bkitograd@teamjustice.com
David M. Bizar; SBN: 24110737
Email: dbizar@teamjustice.com
1012 W. Anderson Lane
Austin, Texas 78757
(512) 220-1800 Telephone
(512) 220-1801 Fax

**ATTORNEYS FOR PLAINTIFF,**
**RITA JASSO**

DAW & RAY, LLP

/s/ *James K. Floyd*
James K. Floyd; SBN:  24047628
Email: jfloyd@dawray.com
John Lopez IV; SBN: 24124934
Email: jlopez@dawray.com
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Fax

**ATTORNEYS FOR DEFENDANT,**
**SAM'S WEST, INC.**